

BRANDY MUELLER
*JUDGE*
*COUNTY COURT AT LAW #6*
*P.O. BOX 1748*
*AUSTIN, TEXAS 78767*
*PHONE (512)854-9677*

Attention: Clerk, 3rd Court of Appeals

Re: <u>Cause No. 03-16-00285-CR; Lindsey Egbert vs. State of Texas</u>

To Whom it May Concern:

    I am in receipt of the Memorandum Opinion wherein this case was abated and remanded back to me for supplemental findings. I wish to make the Court aware that I will be preparing those findings and expect to have them turned in to the 3rd Court of Appeals no later than January 31, 2017.

    Thank you for your attention to this matter.

        Sincerely,

        Judge Brandy Mueller
        Travis County Court at Law No. 6